HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (213) 928-9800
holly.cheong@troutman.com

TROUTMAN PEPPER LOCKE LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071 *(Los Angeles Office)*

*Attorneys for Defendants Nationstar Mortgage LLC dba Mr. Cooper; Mortgage Electronic Registration Systems, Inc.; and Wells Fargo Bank, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass Through Certificates, Series 2007-3*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR J. BAYER, JR., individually; ARTHUR J. BAYER, JR., as Trustee of The Bayer Family Revocable Living Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, dba MR. COOPER; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation; WELLS FARGO BANK, N.A., as Trustee for STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-3; AFFINIA DEFAULT SERVICES LLC; DOES 1 through 30 INCLUSIVE,<br><br>Defendants. | Case No. 3:25-cv-00429-MMD-CSD<br><br>**ORDER APPROVING STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**FIRST REQUEST** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Defendants Nationstar Mortgage LLC dba Mr. Cooper ("Nationstar"); Mortgage Electronic Registration Systems, Inc. ("MERS"); and Wells Fargo Bank, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan

1

319764959v1

1  Trust, Mortgage Pass Through Certificate, Series 2007-3 ("Wells Fargo") (collectively

2  "Defendants") and Plaintiff Arthur J. Bayer, Jr., individually and as Trustee of The Bayer Family

3  Revocable Living Trust ("Plaintiffs") (collectively with Defendants "the Parties") as follows:

4        On September 11, 2025, this Court set the Case Management Conference in the

5  above-captioned litigation for October 17, 2025 at 9:00 a.m. (Doc. No. 17.) Counsel for the Parties

6  can no longer appear at that date and time and request that this Court reschedule the Case

7  Management Conference to a date convenient for the Court after October 17, 2025, with the Parties

8  appearing by Zoom which will be provided by separate stipulation. This is the Parties' first request

9  to continue the Case Management Conference.

10        This stipulation is for good cause and will not result in delay of discovery, trial, or any

11  hearing in this case.

12        **IT IS SO STIPULATED.**

13  DATED this 17th day of September 2025.

| TROUTMAN PEPPER LOCKE LLP | THE LAW OFFICES OF CHARLES B. WOODMAN |
|---|---|
| By: */s/ Holly E. Cheong* <br> HOLLY E. CHEONG, ESQ. <br> Nevada Bar No. 11936 <br> 8985 S. Eastern Ave., Ste. 200 <br> Las Vegas, NV 89123 *(Nevada Office)* <br> Tele: (213) 928-9800 <br> Email: holly.cheong@troutman.com | By: */s/ Charles V. Woodman* <br> CHARLES B. WOODMAN, ESQ. <br> Nevada Bar No. 5171 <br> 548 W. Plumb Lane, Suite B <br> Reno, NV 89509 <br> Tele: (775) 786-9800 <br> Email: hardywoodmanlaw@msn.com |
| *Attorneys for Defendants Nationstar Mortgage LLC dba Mr. Cooper; Mortgage Electronic Registration Systems, Inc.; and Wells Fargo Bank, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass Through Certificates, Series 2007-3* | ARTHUR J. BAYER, JR., ESQ. <br> Nevada Bar No. 1366 <br> 18124 Wedge Parkway, #404 <br> Reno, NV 89511 <br> Tele: (775)315-3838 <br> Email: abayerjr@aol.com <br> *Attorneys for Plaintiffs* |

## ORDER

      Based upon the foregoing Stipulation by and between the Stipulating Parties, and good cause appearing:

319764959v1

The Case Management Conference set for October 17, 2025, at 9:00 a.m. is continued to Thursday, October 30, 2025, at 9:00 a.m. All other deadlines in Order Setting Case Management Conference, dated September 11, 2025, at Document No. 17 remain the same.

Dated: September 22, 2025.

CRAIG S. DENNEY
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

319764959v1