HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (213) 928-9800
holly.cheong@troutman.com

TROUTMAN PEPPER LOCKE LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071 *(Los Angeles Office)*
*Attorneys for Defendants Nationstar Mortgage LLC dba Mr. Cooper; Mortgage Electronic Registration Systems, Inc.; and Wells Fargo Bank, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass Through Certificates, Series 2007-3*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR J. BAYER, JR., individually; ARTHUR J. BAYER, JR., as Trustee of The Bayer Family Revocable Living Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, dba MR. COOPER; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation; WELLS FARGO BANK, N.A., as Trustee for STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-3; AFFINIA DEFAULT SERVICES LLC; DOES 1 through 30 INCLUSIVE,<br><br>Defendants. | Case No. 3:25-cv-00429-MMD-CSD<br><br>**STIPULATED REQUEST AND ORDER TO PERMIT COUNSEL FOR THE PARTIES TO APPEAR REMOTELY FOR THE CASE MANAGEMENT CONFERENCE**<br><br>**FIRST REQUEST**<br><br>Complaint Filed: August 19, 2025 |

Defendants Nationstar Mortgage LLC dba Mr. Cooper ("Nationstar"); Mortgage Electronic Registration Systems, Inc. ("MERS"); and Wells Fargo Bank, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass Through Certificate, Series 2007-3 ("Wells Fargo") (collectively "Defendants") and Plaintiff  Arthur J. Bayer, Jr., individually and as Trustee of

1

127791145

1  The Bayer Family Revocable Living Trust ("Plaintiffs") (collectively with Defendants "the Parties")
2  hereby stipulate and request this Court's permission for counsel for the Parties to appear remotely at
3  the upcoming Case Management Conference scheduled for **October 30, 2025 at 9:00 a.m.** (ECF No.
4  22).
5      Good cause exists for this request, pursuant to His Honor's Chambers Practices as Defendants'
6  counsel is out-of-state and Plaintiff's counsel has a previously set meeting which would conflict if the
7  Conference were held in person.  The Parties request this Court's permission to appear remotely for
8  the **October 30, 2025**, **Case Management Conference**.  Undersigned counsel for the Plaintiffs and
9  the Defendants agree to this request.
10     This is the Parties' first request for the Court's consent for remote appearance.
11 **IT IS SO STIPULATED.**
12     DATED this 30th day of September 2025.

| TROUTMAN PEPPER LOCKE LLP | THE LAW OFFICES OF CHARLES B. WOODMAN |
|---|---|
| By: */s/ Holly E. Cheong* <br> HOLLY E. CHEONG, ESQ. <br> Nevada Bar No. 11936 <br> 8985 S. Eastern Ave., Ste. 200 <br> Las Vegas, NV 89123 *(Nevada Office)* <br> Tele: (213) 928-9800 <br> Email: holly.cheong@troutman.com | By: */s/Charles B. Woodman* <br> CHARLES B. WOODMAN, ESQ. <br> Nevada Bar No. 5171 <br> 548 W. Plumb Lane, Suite B <br> Reno, NV 89509 <br> Tele: (775) 786-9800 <br> Email: hardywoodmanlaw@msn.com |
| *Attorneys for Defendants Nationstar Mortgage LLC dba Mr. Cooper; Mortgage Electronic Registration Systems, Inc.; and Wells Fargo Bank, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass Through Certificates, Series 2007-3* | Arthur J. Bayer, Jr. <br> Nevada Bar No. 1366 <br> 18124 Wedge Parkway, #404 <br> Reno, NV 89511 <br> Tele: (775)315-3838 <br> Email: abayerjr@aol.com <br> *Attorneys for Plaintiffs* |

**IT IS ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 1, 2025

2

127791145